UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**UNITED STATES OF AMERICA** **CASE NO. 25-cr-272**

**-vs-** **JUDGE DRELL**

**DERECK DARNELL TAYLOR SR (01)** **MAGISTRATE JUDGE PEREZ-MONTES**

---

## ORDER

Before the court is Dereck Darnell Taylor, Sr.'s "Motion to Dismiss Superseding Indictment Under the Commerce Clause of the United States Constitution." (Doc. 72). As acknowledged by Taylor, his argument that 18 U.S.C. § 922(g)(1) exceeds Congress' power to regulate interstate and foreign commerce is foreclosed under Scarborough v. United States, 431 U.S. 563 and United States v. Vargas, 2024 WL 1156538 (5th Cir. 2024). Accordingly, it is

**ORDERED** that Taylor's motion to dismiss the superseding indictment (Doc. 72) is DENIED. His argument is preserved for possible further review by the Supreme Court.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 8th day of October 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT